| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | AARON D. PENNEKAMP<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRENT C. LETT,<br><br>Defendant. | CASE NO. 2:19-CR-00153-TLN<br>           2:19-CR-00154-TLN<br><br>STIPULATION TO CONTINUE DISPOSITION HEARING; FINDINGS AND ORDER<br><br>DATE: March 26, 2019<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter was previously before this Court on March 5, 2020 for an admit/deny hearing regarding a Petition for Violation of Supervised Release filed with this Court on January 7, 2020. *See* Dkt. Nos. 10, 11.

2. At that admit/deny hearing, defendant admitted each of the three charges alleged in the Petition for Violation of Supervised Release, and this matter was set for a disposition hearing regarding defendant's admitted violations on March 26, 2019. *See id.* By that same previous order, and without objection from the government, this Court ordered that the defendant be released from custody, pending disposition of this matter. *See id.*

3. Defendant's probation officer has informed the parties that the defendant currently is

STIPULATION CONTINUING DISPOSITION HEARING     1

1  performing well on supervised release, and that the officer has no objection to a continued disposition
2  hearing in this matter.
3       4.     In accordance with the Court's General Order No. 612, which authorizes the continuance
4  of all criminal matters in this District to dates after May 1, 2020, the parties now stipulate and agree to
5  continue the disposition hearing previously set in this case until May 21, 2020, at 9:30 a.m.
6       IT IS SO STIPULATED.

Dated: March 19, 2020                       McGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ AARON D. PENNEKAMP
                                            AARON D. PENNEKAMP
                                            Assistant United States Attorney

Dated: March 19, 2020                       /s/ DONALD P. DORFMAN
                                            DONALD P. DORFMAN
                                            Counsel for Defendant
                                            BRENT C. LETT

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 19th day of March, 2020.

_____
Troy L. Nunley
United States District Judge